# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

GENE EVANS,

Petitioner,

v.

THE STATE OF CALIFORNIA,

Respondent.

Case No. 1:26-cv-3686 JLT FJS (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR LACK OF JURISDICTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 5)

Gene Evans is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2004 Tulare County conviction for carjacking, kidnapping, and rape. (Doc. 1.) The magistrate judge performed a preliminary review pursuant to Rule 4 of the Rules Governing § 2254 Cases and observed that "Petitioner previously sought federal habeas relief in this court with respect to the same conviction." (Doc. 5 at 2, citing *Evans v. Yates*, No. 1:09-cv-01857 AWI GSA). The magistrate judge found Petitioner filed an unauthorized successive petition and recommended the Court dismiss the petition. (*Id.* at 2-3.)

The Court served the Findings and Recommendations on Petitioner and informed him that any objections were due in 21 days. (Doc. 5 at 3.) The Court advised Petitioner that the "failure to file any objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis.

The Court also finds a certificate of appealability should not issue.  A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances.  *Miller-El v. Cockrell*, 537 U.S. 322, 335–36 (2003); 28 U.S.C. § 2253.  If the Court denies a habeas petition on procedural grounds, then it may only issue a certificate of appealability if "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).  In the present case, reasonable jurists would not find the determination that the petition is successive debatable or wrong, or that Petitioner stated a valid claim of the denial of a constitutional right.  Thus, the court **ORDERS**:

1. The Findings and Recommendations dated May 20, 2026 (Doc. 5) are **ADOPTED** in full.

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice, as an unauthorized successive petition.

3. The Clerk of Court is directed to close the case.

4. The Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:    July 6, 2026

_____
UNITED STATES DISTRICT JUDGE

2